| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
KEITH BETANCUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00061-MJS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO VACATE BRIEFING SCHEDULE AND SET FOR HEARING; ORDER** |
| vs. | ) | |
| KEITH BETANCUR, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Keith Betancur, that the briefing schedule previously set on May 23, 2017, be vacated and that the matter be set for a status conference on July 26, 2017, at 10:00 a.m.

The defense is withdrawing its request to file the motion previously proposed and is seeking to set this matter for a status conference on July 26, 2017, at 10:00 a.m. The government is in agreement with this request.

//

//

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Date: June 26, 2017 | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 26, 2017 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>KEITH BETANCUR |

**O R D E R**

The Court hereby grants the parties' request to vacate the May 23, 2017 briefing schedule in case number 6:16-mj-00061-MJS and sets the matter for a status conference on July 26, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 27, 2017        /s/ *Michael J. Seng*
                            UNITED STATES MAGISTRATE JUDGE

.